The Honorable Timothy W. Dore
CHAPTER 7

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE: ) CHAPTER 7
) CASE NO. 14-17771
Stephenson, Sherrea )
Stephenson, Rodney ) REPORT OF UNCLAIMED FUNDS
) ( over $25)
Debtor(s). )

COMES NOW the Trustee, Nancy L. James, and files this Report of Unclaimed Funds as follows:

1. The following funds were disbursed pursuant to order of this Court and have been returned stating they are no longer servicing account.

2. The Trustee hereby deposits the same with the Registry of the Bankruptcy Court:

| Creditors Name and Address | Dividend |
|---|---|
| Aspire Resources, Inc.<br>obo US Department of Ed<br>6775 Vista Drive<br>West Des Moines, IA  50266 | 711.88 |

DATED: February 3, 2016

_Nancy L. James_
Nancy L. James
Trustee

UNCLAIMED FUNDS REPORT - 1

Nancy L. James, Trustee
15008 63RD DRIVE, S.E.
SNOHOMISH, WA  98296
(425) 485-5541